UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              -against-<br><br>JAMEL DAVIS,<br><br>                      Defendant. | 24-CR-561 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       The Court has scheduled a change of plea hearing as to Defendant Jamel Davis for Wednesday, November 6, 2024, at 11:00 a.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007. The Court also adjourns the discovery production deadline *sine die*.

Dated: October 31, 2024
       New York, New York

                                                  SO ORDERED.

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge